**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 20-cv-04162 |
| Plaintiffs, | **Judge Thomas M. Durkin** |
| v. | **Magistrate Judge Sheila M. Finnegan** |
| RAYAEK.COM, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Luxottica Group S.p.A. ("Luxottica") and Oakley, Inc. ("Oakley") (collectively, "Plaintiffs") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (the "Seller Aliases"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiffs a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

1

notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and have sold products using infringing and counterfeit versions of Plaintiffs' Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,080,886 | RAY-BAN | For: Ophthalmic products and accessories-namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, and spectacles in class 9. |
| 2,718,485 | RAY-BAN | For: Goods made of leather and imitation leather, namely, wallets, card cases for business cards, calling cards, name cards and credit cards in class 18.<br><br>For: Clothing for men and women, namely, polo shirts; headgear, namely, berets and caps in class 25. |
| 595,513 | WAYFARER | For: Sun glasses in class 9. |
| 1,537,974 | CLUBMASTER | For: Sunglasses in class 9. |

2

| 650,499 | *Ray-Ban* | For: Sun glasses, shooting glasses, and ophthalmic lenses in class 9. |
|---|---|---|
| 1,093,658 | *Ray-Ban* | For: Ophthalmic products and accessories-namely, sunglasses; eyeglasses; spectacles; lenses and frames for sunglasses, eyeglasses, spectacles; and cases and other protective covers for sunglasses, eyeglasses, and spectacles in class 9. |
| 1,726,955 | *Ray-Ban* | For: Bags; namely, tote, duffle and all purpose sports bags in class 18.<br><br>For: Cloths for cleaning opthalmic products in class 21.<br><br>For: Clothing and headgear; namely, hats in class 25. |
| 1,320,460 | *Ray-Ban* | For: Sunglasses and carrying cases therefor in class 9. |
| 3,522,603 | *Ray-Ban* | For: Sunglasses, eyeglasses, lenses for eyeglasses, eyeglasses frames, and cases for eyeglasses in class 9. |
| 1,521,599 | OAKLEY | For: Sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces in class 9. |
| 1,522,692 | OAKLEY | For: Clothing, namely, shirts and hats in class 25. |

| | | |
|---|---|---|
| 1,552,583 | OAKLEY | For: Goggles in class 9. |
| 2,293,046 | OAKLEY | For: Clothing, headwear and footwear and footwear, namely, sport shirts, jerseys, shirts, jackets, vests, sweatshirts, pullovers, coats, ski pants, headwear, caps, shoes, athletic footwear, all purpose sports footwear and socks in class 25. |
| 3,153,943 | OAKLEY | For: Prescription eyewear, namely, sunglasses and spectacles; eyewear containing electronics devices, namely, protective eyewear, eyeglasses, sunglasses and spectacles; electronics, namely portable digital electronic devices for recording, organizing, and reviewing text, data and audio files; computer software for use in recording, organizing, and reviewing text, data and audio files on portable digital electronic devices; transmitters, receivers, speakers and parts thereof for use with cellular, wireless computer and telephone communication systems; communication devices for use on eyewear, namely earpieces, transmitters, receivers, speakers and parts thereof for use with cellular, wireless computer and telephone communication systems; wearable audio visual display, namely, protective eyewear, eyeglasses, sunglasses and spectacles containing an audio visual display; wireless telecommunications modules in class |

| | | |
|---|---|---|
| | | 9. |
| 3,771,517 | OAKLEY | For: Retail store services and on-line retail store services featuring eyewear, replacement lenses, eyewear nosepiece kits, clothing, headwear, footwear, watches, decals, electronics devices, posters, athletic bags, handbags, backpacks and luggage in class 35. |
| 1,980,039 | OAKLEY | For: Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories in class 9. |
| 1,356,297 | OAKLEY | For: Goggles, sunglasses, and protective pads for elbows, feet and knees in class 9.<br><br>For: Clothing - namely t-shirts; gloves; racing pants; hats; sweatshirts; sport shirts, jackets, jeans, jerseys and ski pants, jackets, hats, gloves and socks in class 25. |
| 1,519,596 | OAKLEY | For: Sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces in class 9. |

| | | |
|---|---|---|
| 3,496,633 |  | For: Clothing, namely, t-shirts, beach-wear, blouses, sports shirts, jerseys, swimwear, swimtrunks, shorts, underwear, shirts, pants, racing pants, ski and snowboard pants and jackets, jeans, vests, jackets, wetsuits, sweaters, pullovers, coats, sweatpants, headwear, namely, hats, caps, visors and footwear, namely, wetsuit booties, shoes, sandals, athletic footwear, all purpose sports footwear, thongs and boots in class 25. |
| 3,331,124 |  | For: Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories; and protective clothing, namely, racing pants in class 9.<br><br>For: Clothing, namely, t-shirts, beach-wear, blouses, sports shirts, jerseys, swimwear, swimtrunks, shorts, underwear, shirts, pants, ski and snowboard pants and jackets, jeans, vests, jackets, wetsuits, sweaters, pullovers, coats, sweatpants, headwear, namely, hats, caps, visors and footwear, namely wetsuit booties, shoes, sandals, athletic footwear, all purpose sports footwear, thongs and boots in class 25. |

| | | |
|---|---|---|
| 3,151,994 |  | For: Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 3,771,516 |  | For: Retail store services and on-line retail store services featuring eyewear, replacement lenses, eyewear nosepiece kits, clothing, headwear, footwear, watches, decals, electronics devices, posters, athletic bags, handbags, backpacks and luggage in class 35. |
| 2,300,245 |  | For: Clothing, namely, T-shirts, beachwear, blouses, sports shirts, jerseys, shorts, shirts, pants, racing pants, ski pants, vests, jackets, sweaters, pullovers, coats, sweatpants, sweatshirts, headwear, namely, hats, caps, and footwear, namely, shoes, athletic footwear, all purpose sports footwear in class 25. |
| 1,927,106 |  | For: Printed material, namely decals and stickers in class 16. |
| 1,984,501 |  | For: Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories in class 9.<br><br>For: Clothing and headwear, namely T-shirts, sweatshirts, jackets, hats, and caps in class 25. |

| | | |
|---|---|---|
| 5,109,790 |  | For: Gloves in class 25. |
| 4,407,750 | CROSSLINK | For: Eyewear, namely, sunglasses, sports goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specially adapted for eyewear and their parts and accessories in class 9. |
| 3,733,882 | IRIDIUM | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 4,827,569 | JAWBREAKER | For: Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories in class 9. |
| 4,407,749 | RADARLOCK | For: Eyewear, namely, sunglasses, sports goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specially adapted for eyewear and their parts and accessories in class 9. |
| 3,489,952 | OIL RIG | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |

| | | |
|---|---|---|
| 4,194,197 | FROGSKINS | For: Eyewear, namely sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces in class 9. |
| 4,847,461 | FLAK | For: Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories in class 9. |
| 3,379,110 | RADAR | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 5,026,399 | LATCH | For: Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories in class 9. |
| 4,822,664 | SI TOMBSTONE | For: Protective and anti-glare eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for protective and anti-glare eyewear in class 9. |

| | | |
|---|---|---|
| 3,245,494 | GASCAN | For: Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 4,956,691 | TRIGGERMAN | For: Eyewear, namely, sunglasses in class 9. |
| 3,680,975 | FIVES SQUARED | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 2,900,432 | VALVE | For: Protective eyewear, namely spectacles, prescription eyewear, namely, spectacles and sunglasses, anti-glare glasses and sunglasses and parts thereof, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses in class 9. |
| 3,941,018 | PATH | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |

| | | |
|---|---|---|
| 5,026,407 | JUPITER SQUARED | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 4,136,113 | BATWOLF | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, ear stems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |
| 1,701,476 | M FRAME | For: Protective eyewear; namely, goggles, anti-glare glasses; sunglasses and their parts; namely, lenses, replacement lenses, frames, earstems and nose pieces; cases specially adapted for sunglasses and their parts in class 9. |
| 2,054,810 | STRAIGHT JACKET | For: Protective and/or anti-glare eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories including replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories in class 9. |
| 3,379,109 | FLAK JACKET | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |

| | | |
|---|---|---|
| 4,756,605 | BADMAN | For: Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories in class 9. |
| 4,618,566 | TINCAN | For: Eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories in class 9. |
| 2,106,614 | SQUARE WIRE | For: Protective and/or antiglare eyewear, namely, sunglasses, goggles, spectacles and their parts and accessories, namely, replacement lenses, earstems, frames, nose pieces, and foam strips; cases specially adapted for protective and/or antiglare eyewear and their parts and accessories in class 9. |
| 1,952,697 | JACKET | For: Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear in class 9. |
| 3,468,824 | HIJINX | For: Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories in class 9. |

| | | |
|---|---|---|
| 2,087,464 | O FRAME | For: Protective eyewear, namely, goggles and replacement parts for goggles in class 9. |
| 2,087,466 | E FRAME | For: Protective eyewear, namely, goggles and replacement parts for goggles in class 9. |
| 3,126,622 | CROWBAR | For: Sporting goods, namely goggles and replacement parts for goggles for skiing, snowboarding and motocross in class 9. |
| 1,778,325 | HYBRID | For: Protective eyewear; namely, spectacles, goggles, antiglare glasses and sunglasses, and their parts and accessories; namely, replacement lenses, frames, earstems and nose pieces; cases specially adapted to hold spectacles and sunglasses and their parts and accessories in class 9. |
| 2,250,767 | ROMEO | For: Protective and/or anti-glare eyewear, namely, sunglasses, and spectacles in class 9. |
| 5,636,292 | HOLBROOK | For: Eyewear, namely, sunglasses, goggles for sports, spectacles and their parts and accessories, namely, replacement lenses, ear stems, frames, nose pieces and foam strips; cases specifically adapted for eyewear and their parts and accessories in class 9. |

| | | |
|---|---|---|
| 2,393,107 |  | For: Protective eyewear, namely, spectacles, anti-glare glasses and sunglasses and parts thereof, namely frames and earstems in class 9. |
| 2,403,609 |  | For: Protective eyewear, namely, spectacles, anti-glare glasses, and sunglasses and parts thereof, namely, frames and earstems in class 9. |
| 2,388,070 | JULIET | For: protective and/or anti-glare eyewear, namely, sunglasses, spectacles, and their parts and accessories, namely, replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories in class 9. |
| 2,155,819 | X-METAL | For: protective and/or anti-glare eyewear, namely sunglasses, spectacles, goggles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; glasses specially adapted for protective and/or anti-glare eyewear, and their parts and accessories in class 9. |
| 4,813,708 | PRIZM | For: Protective and/or anti-glare eyewear, namely, sunglasses, spectacles and their parts and accessories, namely, replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear, their parts and their accessories, namely, replacement lenses, earstems, frames, nose pieces and foam strips in class 9. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.   Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

     a.   using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiffs' product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' Trademarks;

     b.   passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs' product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

     c.   committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

     d.   further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill; and

15

e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiffs' choosing:

a.  transfer the Domain Names to Plaintiffs' control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiffs' selection; or

b.  disable the Domain Names and make them inactive and untransferable.

3.  The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within five (5) business days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiffs' selection.

4.  Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a

Wish.com ("Wish.com"), (collectively, the "Third Party Providers") shall within five (5) business days of receipt of this Order, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiffs' Trademarks.

5.    Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit Plaintiffs' Trademarks on products sold through at least the Defaulting Defendants' Online Marketplaces and Domain Names. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6.    Plaintiffs may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

7.    Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within five (5) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, or Domain Names from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

8.    All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party

Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

9. Until Plaintiffs have recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within five (5) business days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Jason Groppe, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

10.  In the event that Plaintiffs identify any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of Jason Groppe and any e-mail addresses provided for Defaulting Defendants by third parties.

11.  Plaintiffs were directed to submit a bond to the Court once in-person civil case hearings resumed.  [23].  Since in-person civil case hearings have not resumed, no bond was submitted.  Therefore, there is no bond to release.

This is a Final Judgment.

DATED:  September 15, 2020

_Thomas M. Durkin_
_____
Thomas M. Durkin
United States District Judge

**Luxottica Group S.p.A. and Oakley, Inc. v. rayaek.com, et al. - Case No. 20-cv-4162**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | rayaek.com | 2 | rayaq.com |
| 3 | raybanoutlet2020.store | 4 | raybansale.top |
| 5 | raybshop.vip | 6 | raybso.com |
| 7 | raydf.com | 8 | rayfj.com |
| 9 | raygh.com | 10 | raygv.com |
| 11 | raygx.com | 12 | rayhw.com |
| 13 | rayjd.com | 14 | rayjh.com |
| 15 | raykh.com | 16 | raykz.com |
| 17 | raylw.com | 18 | raymw.com |
| 19 | raynq.com | 20 | rayoq.com |
| 21 | rayqf.com | 22 | rayqn.com |
| 23 | rayqy.com | 24 | raysfe.com |
| 25 | rayxp.com | 26 | rayyr.com |
| 27 | rayzq.com | 28 | rb2020-ch.net |
| 29 | rbaa-nl.net | 30 | rbadb.com |
| 31 | rbadz.com | 32 | rbafh.com |
| 33 | rba-nl.com | 34 | rbapx.com |
| 35 | rbarz.com | 36 | rbas-be.net |
| 37 | rbas-de.net | 38 | rbauq.com |
| 39 | rbawr.com | 40 | rbaxu.net |
| 41 | rbaya.com | 42 | rbayk.com |
| 43 | rbbat.net | 44 | rbbeg.com |
| 45 | rbbez.com | 46 | rbbfo.com |
| 47 | rbb-fr.net | 48 | rbbgp.com |
| 49 | rbbih.com | 50 | rbboc.com |
| 51 | rbbuo.com | 52 | rbbva.com |
| 53 | rbbvn.com | 54 | rbbwb.com |
| 55 | rbca-nl.net | 56 | rbcc-de.net |
| 57 | rbc-ch.net | 58 | rbcc-nl.net |
| 59 | rbcc-us.net | 60 | rbce-de.net |
| 61 | rbce-nl.net | 62 | rbcfp.com |
| 63 | rbc-fr.net | 64 | rbchiletiendas.com |
| 65 | rbchv.com | 66 | rbcig.com |
| 67 | rbck-de.net | 68 | rbcn-us.com |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 69 | rbcqk.com | 70 | rbdbr.com |
| 71 | rbddaqb.com | 72 | rbdd-de.net |
| 73 | rbddwaqb.com | 74 | rbde-de.net |
| 75 | rbdk-de.net | 76 | rbdoc.com |
| 77 | rbdpj.com | 78 | rbdrw.com |
| 79 | rbdvg.com | 80 | rbeap.com |
| 81 | rbeat.net | 82 | rbe-be.net |
| 83 | rbe-cz.com | 84 | rbee-nl.net |
| 85 | rbe-fr.net | 86 | rbemf.com |
| 87 | rbepb.com | 88 | rbe-pl.net |
| 89 | rbesc.com | 90 | rbeug.net |
| 91 | rbeuk.net | 92 | rbexr.com |
| 93 | rbfag.com | 94 | rbfcb.com |
| 95 | rbfdk.com | 96 | rbf-fr.com |
| 97 | rbffu.net | 98 | rbfhf.com |
| 99 | rbfhn.com | 100 | rbfhn.net |
| 101 | rbfhu.com | 102 | rbfjv.com |
| 103 | rbfkf.com | 104 | rbfnh.com |
| 105 | rbfnh.net | 106 | rbfst.com |
| 107 | rbftf.com | 108 | rbfxr.com |
| 109 | rbgcw.com | 110 | rbgec.com |
| 111 | rbge-nl.net | 112 | rbggb.com |
| 113 | rbgji.com | 114 | rbgkd.com |
| 115 | rbgll.com | 116 | rbglt.com |
| 117 | rbgqa.com | 118 | rbgqg.com |
| 119 | rbgyg.com | 120 | rbgys.com |
| 121 | rbhbr.com | 122 | rbh-nl.net |
| 123 | rbh-pl.net | 124 | rbhpo.com |
| 125 | rbhua.net | 126 | rbivy.com |
| 127 | rbjall.com | 128 | rbjdk.com |
| 129 | rbjpy.com | 130 | rbk-fr.net |
| 131 | rbkna.com | 132 | rbknh.com |
| 133 | rbkog.com | 134 | rbko-nl.net |
| 135 | rbkpq.com | 136 | rbkya.com |
| 137 | rblanding.com | 138 | rbl-nl.net |
| 139 | rbmkd.com | 140 | rbmkn.com |
| 141 | rbmkz.com | 142 | rbmnv.com |
| 143 | rbmra.com | 144 | rbmrj.com |
| 145 | rbmwp.com | 146 | rbmya.com |
| 147 | rbnau.com | 148 | rbnew-de.net |

| No. | Seller Aliases | No. | Seller Aliases |
|-----|----------------|-----|----------------|
| 149 | rbnew-hl.net | 150 | rbngf.com |
| 151 | rbnkf.com | 152 | rbnky.com |
| 153 | rbnl-nl.net | 154 | rbntk.com |
| 155 | rbnxh.com | 156 | rbnxr.com |
| 157 | rbobe.com | 158 | rbodh.com |
| 159 | rbo-il.net | 160 | rbomu.com |
| 161 | rbomx.com | 162 | rbonf.com |
| 163 | rbora.com | 164 | rbo-se.net |
| 165 | rbpcn.com | 166 | rbp-fr.net |
| 167 | rbpgm.com | 168 | rbpkg.com |
| 169 | rbpnw.com | 170 | rbprc.com |
| 171 | rbptu.com | 172 | rbpty.com |
| 173 | rbpwc.net | 174 | rbqep.com |
| 175 | rbqfh.com | 176 | rbqob.com |
| 177 | rbqqb.com | 178 | rbqro.com |
| 179 | rbqwe.store | 180 | rbqyh.com |
| 181 | rbrcb.com | 182 | rbrmw.com |
| 183 | rbroh.com | 184 | rbrop.com |
| 185 | rbrrk.com | 186 | rbrtg.com |
| 187 | rbrux.com | 188 | rbrvp.com |
| 189 | rbsale.shop | 190 | rbsbl.com |
| 191 | rbseat.net | 192 | rbse-nl.net |
| 193 | rbs-fi.net | 194 | rbsgh.com |
| 195 | rbshops.top | 196 | rbsiw.com |
| 197 | rbs-nl.com | 198 | rbsnus.com |
| 199 | rbso-nl.net | 200 | rbsrt.com |
| 201 | rbs-se.net | 202 | rbst-de.net |
| 203 | rbstu.com | 204 | rbsunglassescheap.club |
| 205 | rbtbe.com | 206 | rbtes.net |
| 207 | rbtnt.com | 208 | rbtrx.com |
| 209 | rbtsu.com | 210 | rbuac.com |
| 211 | rbuak.com | 212 | rbu-de.com |
| 213 | rbudh.com | 214 | rbuey.com |
| 215 | rbufn.com | 216 | rbuhb.com |
| 217 | rbuhf.com | 218 | rbukd.com |
| 219 | rbula.com | 220 | rbumk.com |
| 221 | rbunu.net | 222 | rbuob.com |
| 223 | rbuux.com | 224 | rbuyi.net |
| 225 | rbv-au.net | 226 | rbvdh.com |
| 227 | rbvfy.com | 228 | rb-vip.us |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 229 | rbvkb.com | 230 | rbvpo.com |
| 231 | rbv-pt.net | 232 | rbvut.net |
| 233 | rbwfy.com | 234 | rbwhb.com |
| 235 | rbwnb.com | 236 | rbwpk.com |
| 237 | rbwpt.com | 238 | rbwzp.com |
| 239 | rbxap.com | 240 | rbxbe.com |
| 241 | rbxgp.com | 242 | rbxhk.net |
| 243 | rbxqb.com | 244 | rbxrd.com |
| 245 | rbyae.com | 246 | rbype.com |
| 247 | rbyta.com | 248 | rbyur.com |
| 249 | rbyvb.com | 250 | rbywt.com |
| 251 | rbzcv.com | 252 | rbzft.com |
| 253 | 2002mall.com | 254 | abcsortzna.xyz |
| 255 | barvy.info | 256 | cendesc.com |
| 257 | cheapsunglassestores.com | 258 | cliveroberts.info |
| 259 | coolsportshop.com | 260 | DISMISSED |
| 261 | ephereal.com | 262 | fstyles.club |
| 263 | gafassoloakley.com | 264 | glassana.top |
| 265 | glassanm.top | 266 | glassanv.top |
| 267 | glassanz.top | 268 | glassaos.top |
| 269 | glassaoy.top | 270 | glassazt.top |
| 271 | glassbba.top | 272 | glassbqu.top |
| 273 | glassbtg.top | 274 | glasscix.top |
| 275 | glassestops.com | 276 | glasseur.top |
| 277 | glassfre.top | 278 | glassghc.top |
| 279 | glassgug.top | 280 | glassmac.top |
| 281 | glassmax.top | 282 | glasspah.top |
| 283 | glasspat.top | 284 | glassprb.top |
| 285 | glasspsc.top | 286 | glassstyle.xyz |
| 287 | glasswow.top | 288 | glassxrb.top |
| 289 | glassygy.top | 290 | glassyhy.top |
| 291 | glassyya.top | 292 | gxge.net |
| 293 | hotrby.top | 294 | DISMISSED |
| 295 | kotakmika.com | 296 | kyoutch.com |
| 297 | lbyrb.com | 298 | lezrb.com |
| 299 | lxrbs.com | 300 | newrbz.top |
| 301 | newryn.top | 302 | oagkedeji.xyz |
| 303 | oagkelyy.xyz | 304 | oagkershen.xyz |
| 305 | oagkesin.xyz | 306 | oagkeylee.xyz |
| 307 | oagkiki.xyz | 308 | oak2020.club |

| No. | Seller Aliases | No. | Seller Aliases |
|-----|----------------|-----|----------------|
| 309 | oaka1903.xyz | 310 | oakaapa.top |
| 311 | oakashops.top | 312 | oakastyles.com |
| 313 | oakbb.com | 314 | oakleymyko.online |
| 315 | oakleynci.xyz | 316 | oakleystores.top |
| 317 | oakleywbbqin.xyz | 318 | oakleywdfquix.xyz |
| 319 | oakleywl.online | 320 | oakleywsdfq.xyz |
| 321 | oakleyyd.online | 322 | oaklsyouy.online |
| 323 | oaklsytles.online | 324 | oaklysdale.xyz |
| 325 | oakonsale.top | 326 | oakonsales.top |
| 327 | oaksales.top | 328 | oaksaleus.online |
| 329 | oakshop.top | 330 | oakshopappes.xyz |
| 331 | oakshops.top | 332 | oakstyles.top |
| 333 | oakwleybusyw.xyz | 334 | oakwleycaqpo.xyz |
| 335 | oakwleyoxcaw.xyz | 336 | oakwleyruys.xyz |
| 337 | oakwleyxqowrm.xyz | 338 | oakycastore.xyz |
| 339 | oakyonline.top | 340 | oakzstores.top |
| 341 | oawkeylsale.online | 342 | okaybuy.ren |
| 343 | okkcd.com | 344 | okke.site |
| 345 | okkyy.com | 346 | okuliareholbrook.com |
| 347 | rtllc.info | 348 | russellellis.info |
| 349 | DISMISSED | 350 | sumcool.club |
| 351 | sungalshut.com | 352 | sunglashuts.com |
| 353 | sunglasseshutoutlet.com | 354 | sunglasseshutsoutlet.com |
| 355 | sunglasseshutsoutlets.com | 356 | sunglasses-top.com |
| 357 | sunglasshutclearance.com | 358 | sunglasshutsales.com |
| 359 | sunglasshutsoutlet.com | 360 | teknovaka.com |
| 361 | urlolibero.info | 362 | usoashops.com |
| 363 | vzzfk.site | 364 | wayfarerorrayban.com |
| 365 | yakteam.info | 366 | rbxvy.com |
| 367 | rbfpb.com | 368 | Autumn Vogelx |
| 369 | Calvinyy | 370 | Carlosaa |
| 371 | CharlesUUa | 372 | Close to Fur garment Store |
| 373 | coco520 store | 374 | Davidaall |
| 375 | Davidaass | 376 | geepanscvane |
| 377 | girgir | 378 | Jakeaa |
| 379 | Jamesaaasa | 380 | Jerryaaee |
| 381 | Josephuu | 382 | Julieaaaas |
| 383 | junioraaee | 384 | Justinaa |
| 385 | Karlaa | 386 | Leanderaa |
| 387 | Leroyaa | 388 | LHS FASHION |

| No. | Seller Aliases |
|-----|----------------|
| 389 | Lydiayy |
| 391 | nitehnqfuf |
| 393 | pataaee |
| 395 | XJM888 |
| 397 | TracyAnneaa |
| 399 | shockoufs |
| 401 | Shop5881837 Store |
| 403 | Srate Outdoor Sports Equipment Shop |

| No. | Seller Aliases |
|-----|----------------|
| 390 | Marilynyya |
| 392 | NufelansMaximum 80% Discount on Christmas |
| 394 | XJM789 |
| 396 | XJM555 |
| 398 | Sherkeyrayy |
| 400 | shifang555 |
| 402 | WZBMQPF Outdoor Equipment Store |
|     |                |

| No. | Online Marketplaces |
|-----|---------------------|
| 1 | wish.com/merchant/5e685212f2699a321ec3cd28 |
| 3 | wish.com/merchant/5e9980a899653432b96d772c |
| 5 | aliexpress.com/store/3123033 |
| 7 | wish.com/merchant/5e998388d0e8298cf4e3cc05 |
| 9 | wish.com/merchant/5e96c19ac994cb4c5bc4918b |
| 11 | wish.com/merchant/5e9967f5d1b1ae73f92b25c6 |
| 13 | wish.com/merchant/5ea256787c1b81238295e6ae |
| 15 | wish.com/merchant/5e9969e3d1b1ae766a2b23d6 |
| 17 | wish.com/merchant/5e996a79694c7124dc468d96 |
| 19 | wish.com/merchant/5e9982d5826c6c8c698e73cb |
| 21 | wish.com/merchant/5d5e6f0d283abc4c8be446ac |
| 23 | wish.com/merchant/5e987135920fc8bad4f28db0 |
| 25 | amazon.com/s?me=A1K3CYU3R5FAIC&marketplaceID=ATVPDKIKX0DER |
| 27 | wish.com/merchant/5e999fb4371bc4a0f00c3f7a |

| No. | Online Marketplaces |
|-----|---------------------|
| 2 | wish.com/merchant/5e986f588aad5426ac56d236 |
| 4 | wish.com/merchant/5e992ab629e7861e74d267ef |
| 6 | wish.com/merchant/5de366eb555a199bc89923fb |
| 8 | wish.com/merchant/5e99758f826c6c81708e73a7 |
| 10 | ebay.com/usr/girgir |
| 12 | wish.com/merchant/5e99765ad1b1ae81b52b24a6 |
| 14 | wish.com/merchant/5e95a34876b18128002d446c |
| 16 | wish.com/merchant/5ea258dcd574b61641bdc364 |
| 18 | wish.com/merchant/5e997bcfec96210480ee34df |
| 20 | wish.com/merchant/5e9978bf93764d01b09dfd28 |
| 22 | wish.com/merchant/5e987071ea18a5bae3ccc527 |
| 24 | wish.com/merchant/5e96c272639b2d4c58b7bbf4 |
| 26 | wish.com/merchant/5ea25926e34afe0440dfba96 |
| 28 | wish.com/merchant/5e999527ec962194fcecb24f |

25

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 29 | wish.com/merchant/5e998b48f4479b908fdf3358 | 30 | wish.com/merchant/5e997707f4479b8161df335a |
| 31 | wish.com/merchant/5e9868aa4ec15bb544f4c6bb | 32 | wish.com/merchant/5e96c11e058b714c78edc5e6 |
| 33 | wish.com/merchant/5dcf99818c06ed0ffcfe75a0 | 34 | aliexpress.com/store/5881837 |
| 35 | aliexpress.com/store/4876037 | 36 | aliexpress.com/store/1390066 |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 1 | rayaek.com | 2 | rayaq.com |
| 3 | raybanoutlet2020.store | 4 | raybansale.top |
| 5 | raybshop.vip | 6 | raybso.com |
| 7 | raydf.com | 8 | rayfj.com |
| 9 | raygh.com | 10 | raygv.com |
| 11 | raygx.com | 12 | rayhw.com |
| 13 | rayjd.com | 14 | rayjh.com |
| 15 | raykh.com | 16 | raykz.com |
| 17 | raylw.com | 18 | raymw.com |
| 19 | raynq.com | 20 | rayoq.com |
| 21 | rayqf.com | 22 | rayqn.com |
| 23 | rayqy.com | 24 | raysfe.com |
| 25 | rayxp.com | 26 | rayyr.com |
| 27 | rayzq.com | 28 | rb2020-ch.net |
| 29 | rbaa-nl.net | 30 | rbadb.com |
| 31 | rbadz.com | 32 | rbafh.com |
| 33 | rba-nl.com | 34 | rbapx.com |
| 35 | rbarz.com | 36 | rbas-be.net |
| 37 | rbas-de.net | 38 | rbauq.com |
| 39 | rbawr.com | 40 | rbaxu.net |
| 41 | rbaya.com | 42 | rbayk.com |
| 43 | rbbat.net | 44 | rbbeg.com |
| 45 | rbbez.com | 46 | rbbfo.com |
| 47 | rbb-fr.net | 48 | rbbgp.com |
| 49 | rbbih.com | 50 | rbboc.com |
| 51 | rbbuo.com | 52 | rbbva.com |
| 53 | rbbvn.com | 54 | rbbwb.com |
| 55 | rbca-nl.net | 56 | rbcc-de.net |
| 57 | rbc-ch.net | 58 | rbcc-nl.net |

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 59 | rbcc-us.net | 60 | rbce-de.net |
| 61 | rbce-nl.net | 62 | rbcfp.com |
| 63 | rbc-fr.net | 64 | rbchiletiendas.com |
| 65 | rbchv.com | 66 | rbcig.com |
| 67 | rbck-de.net | 68 | rbcn-us.com |
| 69 | rbcqk.com | 70 | rbdbr.com |
| 71 | rbddaqb.com | 72 | rbdd-de.net |
| 73 | rbddwaqb.com | 74 | rbde-de.net |
| 75 | rbdk-de.net | 76 | rbdoc.com |
| 77 | rbdpj.com | 78 | rbdrw.com |
| 79 | rbdvg.com | 80 | rbeap.com |
| 81 | rbeat.net | 82 | rbe-be.net |
| 83 | rbe-cz.com | 84 | rbee-nl.net |
| 85 | rbe-fr.net | 86 | rbemf.com |
| 87 | rbepb.com | 88 | rbe-pl.net |
| 89 | rbesc.com | 90 | rbeug.net |
| 91 | rbeuk.net | 92 | rbexr.com |
| 93 | rbfag.com | 94 | rbfcb.com |
| 95 | rbfdk.com | 96 | rbf-fr.com |
| 97 | rbffu.net | 98 | rbfhf.com |
| 99 | rbfhn.com | 100 | rbfhn.net |
| 101 | rbfhu.com | 102 | rbfjv.com |
| 103 | rbfkf.com | 104 | rbfnh.com |
| 105 | rbfnh.net | 106 | rbfst.com |
| 107 | rbftf.com | 108 | rbfxr.com |
| 109 | rbgcw.com | 110 | rbgec.com |
| 111 | rbge-nl.net | 112 | rbggb.com |
| 113 | rbgji.com | 114 | rbgkd.com |
| 115 | rbgll.com | 116 | rbglt.com |
| 117 | rbgqa.com | 118 | rbgqg.com |
| 119 | rbgyg.com | 120 | rbgys.com |
| 121 | rbhbr.com | 122 | rbh-nl.net |
| 123 | rbh-pl.net | 124 | rbhpo.com |
| 125 | rbhua.net | 126 | rbivy.com |
| 127 | rbjall.com | 128 | rbjdk.com |
| 129 | rbjpy.com | 130 | rbk-fr.net |
| 131 | rbkna.com | 132 | rbknh.com |
| 133 | rbkog.com | 134 | rbko-nl.net |
| 135 | rbkpq.com | 136 | rbkya.com |
| 137 | rblanding.com | 138 | rbl-nl.net |

| No. | Domain Names | No. | Domain Names |
|-----|--------------|-----|--------------|
| 139 | rbmkd.com | 140 | rbmkn.com |
| 141 | rbmkz.com | 142 | rbmnv.com |
| 143 | rbmra.com | 144 | rbmrj.com |
| 145 | rbmwp.com | 146 | rbmya.com |
| 147 | rbnau.com | 148 | rbnew-de.net |
| 149 | rbnew-hl.net | 150 | rbngf.com |
| 151 | rbnkf.com | 152 | rbnky.com |
| 153 | rbnl-nl.net | 154 | rbntk.com |
| 155 | rbnxh.com | 156 | rbnxr.com |
| 157 | rbobe.com | 158 | rbodh.com |
| 159 | rbo-il.net | 160 | rbomu.com |
| 161 | rbomx.com | 162 | rbonf.com |
| 163 | rbora.com | 164 | rbo-se.net |
| 165 | rbpcn.com | 166 | rbp-fr.net |
| 167 | rbpgm.com | 168 | rbpkg.com |
| 169 | rbpnw.com | 170 | rbprc.com |
| 171 | rbptu.com | 172 | rbpty.com |
| 173 | rbpwc.net | 174 | rbqep.com |
| 175 | rbqfh.com | 176 | rbqob.com |
| 177 | rbqqb.com | 178 | rbqro.com |
| 179 | rbqwe.store | 180 | rbqyh.com |
| 181 | rbrcb.com | 182 | rbrmw.com |
| 183 | rbroh.com | 184 | rbrop.com |
| 185 | rbrrk.com | 186 | rbrtg.com |
| 187 | rbrux.com | 188 | rbrvp.com |
| 189 | rbsale.shop | 190 | rbsbl.com |
| 191 | rbseat.net | 192 | rbse-nl.net |
| 193 | rbs-fi.net | 194 | rbsgh.com |
| 195 | rbshops.top | 196 | rbsiw.com |
| 197 | rbs-nl.com | 198 | rbsnus.com |
| 199 | rbso-nl.net | 200 | rbsrt.com |
| 201 | rbs-se.net | 202 | rbst-de.net |
| 203 | rbstu.com | 204 | rbsunglassescheap.club |
| 205 | rbtbe.com | 206 | rbtes.net |
| 207 | rbtnt.com | 208 | rbtrx.com |
| 209 | rbtsu.com | 210 | rbuac.com |
| 211 | rbuak.com | 212 | rbu-de.com |
| 213 | rbudh.com | 214 | rbuey.com |
| 215 | rbufn.com | 216 | rbuhb.com |
| 217 | rbuhf.com | 218 | rbukd.com |

28

| No. | Domain Names | No. | Domain Names |
|---|---|---|---|
| 219 | rbula.com | 220 | rbumk.com |
| 221 | rbunu.net | 222 | rbuob.com |
| 223 | rbuux.com | 224 | rbuyi.net |
| 225 | rbv-au.net | 226 | rbvdh.com |
| 227 | rbvfy.com | 228 | rb-vip.us |
| 229 | rbvkb.com | 230 | rbvpo.com |
| 231 | rbv-pt.net | 232 | rbvut.net |
| 233 | rbwfy.com | 234 | rbwhb.com |
| 235 | rbwnb.com | 236 | rbwpk.com |
| 237 | rbwpt.com | 238 | rbwzp.com |
| 239 | rbxap.com | 240 | rbxbe.com |
| 241 | rbxgp.com | 242 | rbxhk.net |
| 243 | rbxqb.com | 244 | rbxrd.com |
| 245 | rbyae.com | 246 | rbype.com |
| 247 | rbyta.com | 248 | rbyur.com |
| 249 | rbyvb.com | 250 | rbywt.com |
| 251 | rbzcv.com | 252 | rbzft.com |
| 253 | 2002mall.com | 254 | abcsortzna.xyz |
| 255 | barvy.info | 256 | cendesc.com |
| 257 | cheapsunglassestores.com | 258 | cliveroberts.info |
| 259 | coolsportshop.com | 260 | DISMISSED |
| 261 | ephereal.com | 262 | fstyles.club |
| 263 | gafassoloakley.com | 264 | glassana.top |
| 265 | glassanm.top | 266 | glassanv.top |
| 267 | glassanz.top | 268 | glassaos.top |
| 269 | glassaoy.top | 270 | glassazt.top |
| 271 | glassbba.top | 272 | glassbqu.top |
| 273 | glassbtg.top | 274 | glasscix.top |
| 275 | glassestops.com | 276 | glasseur.top |
| 277 | glassfre.top | 278 | glassghc.top |
| 279 | glassgug.top | 280 | glassmac.top |
| 281 | glassmax.top | 282 | glasspah.top |
| 283 | glasspat.top | 284 | glassprb.top |
| 285 | glasspsc.top | 286 | glassstyle.xyz |
| 287 | glasswow.top | 288 | glassxrb.top |
| 289 | glassygy.top | 290 | glassyhy.top |
| 291 | glassyya.top | 292 | gxge.net |
| 293 | hotrby.top | 294 | DISMISSED |
| 295 | kotakmika.com | 296 | kyoutch.com |
| 297 | lbyrb.com | 298 | lezrb.com |

| No. | Domain Names | No. | Domain Names |
|-----|--------------|-----|--------------|
| 299 | lxrbs.com | 300 | newrbz.top |
| 301 | newryn.top | 302 | oagkedeji.xyz |
| 303 | oagkelyy.xyz | 304 | oagkershen.xyz |
| 305 | oagkesin.xyz | 306 | oagkeylee.xyz |
| 307 | oagkiki.xyz | 308 | oak2020.club |
| 309 | oaka1903.xyz | 310 | oakaapa.top |
| 311 | oakashops.top | 312 | oakastyles.com |
| 313 | oakbb.com | 314 | oakleymyko.online |
| 315 | oakleynci.xyz | 316 | oakleystores.top |
| 317 | oakleywbbqin.xyz | 318 | oakleywdfquix.xyz |
| 319 | oakleywl.online | 320 | oakleywsdfq.xyz |
| 321 | oakleyyd.online | 322 | oaklsyouy.online |
| 323 | oaklsytles.online | 324 | oaklysdale.xyz |
| 325 | oakonsale.top | 326 | oakonsales.top |
| 327 | oaksales.top | 328 | oaksaleus.online |
| 329 | oakshop.top | 330 | oakshopappes.xyz |
| 331 | oakshops.top | 332 | oakstyles.top |
| 333 | oakwleybusyw.xyz | 334 | oakwleycaqpo.xyz |
| 335 | oakwleyoxcaw.xyz | 336 | oakwleyruys.xyz |
| 337 | oakwleyxqowrm.xyz | 338 | oakycastore.xyz |
| 339 | oakyonline.top | 340 | oakzstores.top |
| 341 | oawkeylsale.online | 342 | okaybuy.ren |
| 343 | okkcd.com | 344 | okke.site |
| 345 | okkyy.com | 346 | okuliareholbrook.com |
| 347 | rtllc.info | 348 | russellellis.info |
| 349 | DISMISSED | 350 | sumcool.club |
| 351 | sungalshut.com | 352 | sunglashuts.com |
| 353 | sunglasseshutoutlet.com | 354 | sunglasseshutsoutlet.com |
| 355 | sunglasseshutsoutlets.com | 356 | sunglasses-top.com |
| 357 | sunglasshutclearance.com | 358 | sunglasshutsales.com |
| 359 | sunglasshutsoutlet.com | 360 | teknovaka.com |
| 361 | urlolibero.info | 362 | usoashops.com |
| 363 | vzzfk.site | 364 | wayfarerorrayban.com |
| 365 | yakteam.info | 366 | rbxvy.com |
| 367 | rbfpb.com | | |